# EXHIBIT A

Summons to Trans Union LLC

Nassau County District Court - 1st District
County of Nassau
----------------------------------------x
Jarrett R. Jenkins
        Plaintiff(s)
  -against-
Trans Union (of Delaware), LLC,
        Defendant(s)
----------------------------------------x

CV-012835-25

**SUMMONS**
Index No. **CV-012835-25/NA**

Plaintiff's Residence Address:
Jarrett R. Jenkins, at 334 Locust Street, Apt. 1,
West Hempstead, NY 11552-3044

The basis of the venue designated is:
 Cause of Action arouse in Nassau County

To the above named defendant:
YOU ARE HEREBY SUMMONED and required to appear in the District Court of the COUNTY OF Nassau, Nassau County District Court - 1st District, at the office of the Clerk of the said Court at 99 Main Street, Hempstead, NY 11550 in the County of Nassau, State of New York, by serving an answer to the annexed complaint upon plaintiff's attorney, at the address stated below, or if there is no attorney, upon the plaintiff, at the address stated above, within the time provided by law as noted below; upon your failure to answer, judgment will be taken against you for the relief demanded in the complaint, together with the costs of this action.

Dated: October 8, 2025

**BRENDA HAYDEN**
**CLERK - CIVIL TERM**
_____
Clerk of the Court

Nassau County District Court - 1st District, on the request of self-represented plaintiff:
Jarrett R. Jenkins, at 334 Locust Street, Apt. 1, West Hempstead, NY 11552-3044; (516) 688-0078,

NOTE: The law or rules of court provide that:
a. if this summons is served by its delivery to you, or (for a corporation) an agent authorized to receive service, personally within the County of Nassau you must answer within 20 days after such service; or
b. if this summons is served otherwise than as designated in subdivision (a) above, you are allowed 30 days to answer after the proof of service is filed with the Clerk of this Court.
c. You are required to file a copy of your answer together with proof of service with the clerk of the district in which the action is brought within 10 days of the service of the answer.

to Trans Union (of Delaware), LLC., at 555 West Adams Street, Chicago, IL 60661-3719

RECEIVED
OCT 08 2025
DISTRICT COURT - CIVIL TERM
99 MAIN STREET, HEMPSTEAD NY 11550

25 Melville Park Rd
Suite 83F
Melville, NY 11747

**CERTIFIED MAIL**

9589 0710 5270 2231 7886 55

Retail

12207

RDC 99

U.S. POSTAGE PAID
FCM LETTER
HEMPSTEAD, NY 11550
OCT 08, 2025
**$6.37**
S2324M500957-25

TRANS UNION (of Delaware) LLC
c/o Corporation Service Company
80 State Street
Albany, NY 12207