**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK (CENTRAL ISLIP)**

---

JARRETT R. JENKINS,
Plaintiff,

vs.

TRANS UNION (OF DELAWARE), LLC,
Defendant.

CASE NO. 2:25-cv-06226-NCM-ST

**TRANS UNION'S STATUS REPORT**

---

Trans Union LLC ("Trans Union") by counsel hereby submits its Status Report, pursuant to the Court's December 18, 2025 Docket Entry requiring the parties to "advis[e] the Court whether they believe a settlement conference would be fruitful at this time, and whether the defendant wishes to proceed with its motion to dismiss" and the Court's December 30, 2025 order granting the Parties an extension until today to respond.

Trans Union provided *pro se* Plaintiff with a copy of this Status Report, which Plaintiff acknowledged receiving, but Plaintiff refused to consent to filing it jointly.

Plaintiff made an initial settlement demand on December 19, 2025. Trans Union made a counteroffer on December 26, 2025 and enclosed a copy of Trans Union's standard form settlement agreement which included a provision for Plaintiff's review and signing off on the accuracy of his Trans Union consumer disclosure. Counsel for Trans Union sought a response from Plaintiff by email on December 28, 29 and 30, 2025 and again on January 7, 2026, reminding Plaintiff of the deadline and extended deadline set by the Court. Plaintiff provided no counter to the offer, instead, repeatedly responding that "I am still reviewing the scope of the proposed global release. That review cannot be completed on an accelerated timeline." Plaintiff also stated that "Settlement of the single inquiry remains possible," but refused to review or comment to Trans Union's counsel on his current consumer disclosure.

As such, this case has not been settled. Trans Union does not request a settlement conference at this time. Trans Union does not request a briefing schedule on a motion to dismiss but rather intends to proceed through discovery and ultimately summary judgment.

Date: January 12, 2026

Respectfully submitted,

*/s/ Camille R. Nicodemus*

Camille R. Nicodemus, Esq.
Hope Blankenberger, Esq.
IN #38133-49)
(admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: 317-497-5600, Ext. 601 & 614
Fax: 317-899-9348
E-Mail: cnicodemus@qslwm.com
E-Mail: hblankenberger@qslwm.com

*Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **12th day of January, 2026**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| **Pro Se Plaintiff**<br>Jarrett R. Jenkins<br>jrobertjenkins@gmail.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **12thday of January, 2026**, properly addressed as follows:

| | |
|---|---|
| None. | |

*/s/ Camille R. Nicodemus*

Camille R. Nicodemus, Esq.
Hope Blankenberger, Esq.
IN #38133-49)
(admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: 317-497-5600, Ext. 601 & 614
Fax: 317-899-9348
E-Mail: cnicodemus@qslwm.com
E-Mail: hblankenberger@qslwm.com

*Counsel for Defendant Trans Union LLC*