*** Filed ***
04:14 PM, 12 Jan, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
Jarrett R. Jenkins,
Plaintiff,

-against-

Trans Union (of Delaware), LLC.,

Defendant,
-------------------------------------------------------X

Case No. 2:25-cv-06226-NCM-ST

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's December 18, 2025, directive and the Court's December 30, 2025 extension order, Plaintiff submits this Status Report.

The parties engaged in settlement discussions following the Court's directive. Plaintiff made an initial settlement demand on December 19, 2025. Trans Union made a counteroffer on December 26, 2025. The parties discussed potential resolution but were unable to agree on settlement terms. As such, the matter has not been settled.

Plaintiff does not request a settlement conference at this time.

Plaintiff is prepared to proceed in accordance with the Court's scheduling preferences.

January 12, 2026

Respectfully submitted,

/s/Jarrett R. Jenkins
Jarrett R. Jenkins, Plaintiff
334 Locust Street, Apt. 1
West Hempstead, NY 11552
516-688-0078
jrobertjenkins@gmail.com

# CERTIFICATE OF SERVICE

January 12, 2026

Jarrett R. Jenkins
334 Locust Street, Apt-1
West Hempstead, NY 11552
516-841-3132
jrobertjenkins@gmail.com

I hereby certify under the penalty of perjury that I served a copy of the "Plaintiff's Status Report" dated January 12, 2026, in reference to 2:25-cv-06226-NCM-ST on Camille R. Nicodemus of Quilling, Selander, Lownds, Winslett & Moser, P.C. at 10333 North Meridian Street, Suite 200, Indianapolis, IN 46290, by **USPS First Class Mail**.

/*s*/Jarrett R. Jenkins________
Jarrett R. Jenkins (Plaintiff)