**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | June 15, 2026 |
| TIME: | 10:00 a.m. |
| DOCKET NUMBER(S): | 25cv3998-NCM; 25cv6131-NCM; 25cv6226-NCM |
| NAME OF CASE(S): | Jenkins v. Radius Global Solutions, LLC et al. |
| FOR PLAINTIFF(S): | Jenkins, pro se |
| FOR DEFENDANT(S): | Alltmont, Herbert, Lankenberger |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Cisco (10:00 - 10:15) |

RULINGS FROM Telephone Conference :

Parties report that paper discovery is complete except for one final production of documents from Plaintiff that was awaiting the protective order that is now in place. All remaining discovery, including depositions, shall be completed by October 15, 2026 and the deadline for beginning dispositive motion practice is November 16, 2026.